

 **TEXAS DEPARTMENT OF CRIMINAL JUSTICE**     TDCJ Home    Q   New Offender Search

# Offender Information Details

| Return to Search list |

| | |
|---|---|
| **SID Number:** | 03108754 |
| **TDCJ Number:** | 01818237 |
| **Name:** | BARLEY,CHARLES EDWARD |
| **Race:** | B |
| **Gender:** | M |
| **DOB:** | 1962-08-02 |
| **Maximum Sentence Date:** | 2062-05-02 |
| **Current Facility:** | HOSPITAL-GALV |
| **Projected Release Date:** | 2062-05-02 |
| **Parole Eligibility Date:** | 2037-05-02 |
| **Offender Visitation Eligible:** | YES |

*Information provided is updated once daily during weekdays and multiple times per day
on visitation days.* **Because this information is subject to change, family members and
friends are encouraged to call the unit prior to traveling for a visit.**

## SPECIAL INFORMATION FOR SCHEDULED RELEASE:

| | |
|---|---|
| **Scheduled Release Date:** | Offender is not scheduled for release at this time. |
| **Scheduled Release Type:** | Will be determined when release date is scheduled. |
| **Scheduled Release Location:** | Will be determined when release date is scheduled. |

| Parole Review Information |

## Offense History:

| Offense | Sentence | Case | Sentence (YY-MM- |
|---|---|---|---|

| Date | Offense | Date | County | No. | DD) |
|---|---|---|---|---|---|
| 1987-08-20 | AGG ROBBERY W/DEADLY WPN | 1988-10-31 | HARRIS | 483367 | 5-00-00 |
| 1994-04-03 | ATTEMPTED ARSON | 1994-08-08 | WALLER | 7786 | 4-00-00 |
| 2000-10-11 | UNAUTH USE MTR VEH | 2002-08-07 | WALLER | 10478 | 8-00-00 |
| 2011-03-18 | MURDER | 2012-10-25 | WALLER | 11-05-13820 | 50-00-00 |

Return to Search list

---

*The Texas Department of Criminal Justice updates this information regularly to ensure that it is complete and accurate, however this information can change quickly. Therefore, the information on this site may not reflect the true current location, status, scheduled termination date, or other information regarding an offender.*

*For questions and comments, you may contact the Texas Department of Criminal Justice, at (936) 295-6371 or webadmin@tdcj.texas.gov. This information is made available to the public and law enforcement in the interest of public safety. Any unauthorized use of this information is forbidden and subject to criminal prosecution.*

---

New Offender Search     TDCJ Home Page